March 4, 2013

RE : Annette Grudin   2727 Eleanor Way   Wellington fl  33414

Civil Action #   13-CV-20193  Williams/Turnoff

Attn: Steven M. Davis

    Becker and Poliakoff PA

    121 Alhambra Plaza , 10th floor

    Coral Gables fl. 33134

FILED by ___ D.C.
MAR 07 2013
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA – MIAMI

We Received a summons from your Firm this past weekend. Stating United States of America VS Annette Grudin for a student loan in the amount of 6757.45 plus interest.

We are sending you documentation from the U. S Department of Education that shows we were set up with a payment program for this account and others. We have been making Payments.

Please review the Documents we are sending you and send us your response within 20 days.

We have been set up by the Department of Education on their Hardship program for repayment of the loans. They have consolidated four loans. I am enclosing the letter that was sent to us verifying this action by the Department of Education and further letters asking for additional information that we have sent.

I am requesting that this Civil Action against me for my student loan is not warranted and should be dismissed, as we are doing what the Department of Education has asked of us. The First correspondence over many years where we had success to resolve this issue was last September when they told us to pay 5.00 per month under their Hardship program.

Our Financial hardship ,is do to my Husbands health. He has been fighting cancer since 2005 and has since be re diagnosed with Stage four Matastic Melanoma in his Lymph nodes and liver. Our Hospital Bills are in the thousands and growing each week with continued therapy.

So please review all documentation we are sending you and respond as quick as possible

Annette Grudin

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 3-2-13 4:10pm |
| | ) | BR965 |
| Plaintiff(s) | ) | |
| v. | ) | Civil Action No. 13-CV-20193 Williams/Turnoff |
| ANNETTE GRUDIN | ) | |
| | ) | |
| Defendant(s) | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
ANNETTE GRUDIN
2727 ELEANOR WAY
WELLINGTON, FLORIDA 33414

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

STEVEN M. DAVIS
BECKER & POLIAKOFF, P.A.
121 ALHAMBRA PLAZA, 10TH FLOOR
CORAL GABLES, FLORIDA 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JAN 18, 2013



Steven M. Larimore
Clerk of Court

s/ Crystal Barnes-Butler
Deputy Clerk
U.S. District Courts

**SUMMONS**

File Motion to Dismiss

( 400 North Miami Ave
Miami FL. 33128 )

Ask Clerks office
Intake.

| | |
|---|---:|
| **Total Owed** | **$12,475.98** |

The Certificate of Indebtedness attached as Exhibit "A", shows the total owed excluding attorney's fees and CIF charges. The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 8.00% per annum or $1.48 per day.

### Failure to Pay

4.  Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, Plaintiff, UNITED STATES OF AMERICA prays for judgment:

A.  For the sum set forth in paragraph 3 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. 1961 that interest on the judgment be at the legal rate until paid in full;

B.  For attorneys' fees to the extent allowed by law; and,

C.  For such other relief which the Court deems proper.

DATED this 18th day of January 2013.

Respectfully submitted,

By: /s/ Steven M. Davis
STEVEN M. DAVIS, (Florida Bar No. 894249)
Email: sdavis@becker-poliakoff.com
Becker & Poliakoff, P.A.
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134
Telephone: (305)262-4433
Facsimile: (305) 442-2232
*Attorneys for Plaintiff United States of America*

ACTIVE: U06092/342158/4401782_2

**U. S. DEPARTMENT OF EDUCATION**
**SAN FRANCISCO, CALIFORNIA**

**CERTIFICATE OF INDEBTEDNESS #1 OF 1**

Annette Grudin
aka: Annette Sebastia

I certify that U.S. Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 08/11/10.

On or about 02/20/01, the borrower executed a promissory note to secure a Direct Consolidation loan from the U.S. Department of Education. This loan was disbursed for $6,783.62 on 03/26/01, at 8.00 percent interest per annum. The loan was made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a et seq. (34 C.F.R. Part 685). The Department demanded payment according to the terms of the note, and the borrower defaulted on the obligation on 12/24/01. Pursuant to 34 C.F.R. § 685.202(b), a total of $0.00 in unpaid interest was capitalized and added to the principal balance.

The Department has credited a total of $507.22 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

Principal:              $ 6,757.45
Interest:               $ 4,570.28

Total debt as of 08/11/10:     $11,327.73

Interest accrues on the principal shown here at the rate of $1.48 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 9/24/10

_____
Loan Analyst
Litigation Support

Peter La Roche
Loan Analyst


EXHIBIT A

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANNETTE GRUDIN,

    Defendant.

## COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The UNITED STATES OF AMERICA, Plaintiff, alleges that:

### Jurisdiction

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. 1345.

### Venue

2. The defendant is a resident of Palm Beach County, Florida within the jurisdiction of this Court.

### The Debt

3. The debt owed the USA is as follows:

| | |
|---|---|
| A. Current Principal *(after application of all prior payments, credits, and offsets)* | $6,757.45 |
| B. Current Capitalized Interest Balance and Accrued Interest | $5,718.53 |

1

LAW OFFICES
BECKER & POLIAKOFF, P.A.
121 ALHAMBRA PLAZA, 10TH FLOOR · CORAL GABLES, FL 33134
TELEPHONE (305) 262-4433



We Help Put America Through School

February 14, 2013

Ms. Annette Grudin
2727 Eleanor Way
Wellington, FL  33414-3419

|  |  |
|---|---|
| Debt No.: | 10345857 |
|  | 10345869 |
|  | 10345881 |
|  | 10345895 |
| Account No.: | 1003669115 |

Dear Ms. Grudin:

Thank you for your correspondence concerning your student loan account with the U.S. Department of Education, Federal Student Aid.

You wish to resolve the default status of your student loan account. You may be able to resolve the default status of your loans by participating in the loan rehabilitation program. The advantages are that the debt will no longer be in default; credit bureaus will be notified to delete the record of default from your credit record; you will be entitled to all benefits (such as deferment and forbearance) due under the loan program prior to default; and your eligibility for additional Title IV federal student aid will be restored.

To be eligible, you must agree to a repayment plan that is approved by the Department or its authorized collection agency. You must then make the agreed payments on time for the required number of months. For Federal Family Education Loans and Federal Direct Loans, you must make at least nine full payments of an agreed upon amount within 20 days of the due date over a 10 month period. Involuntary payments such as federal and/or state offsets and wage garnishments cannot be counted toward the required payments. After the required payments have been made, you should contact the Department to request rehabilitation.

Your financial situation makes it difficult for you to repay this debt. Pursuant to Federal Claims Collection Standards 31 CFR 901.8:

> Whenever feasible, agencies shall collect the total amount of a debt in one lump sum. If a debtor is financially unable to pay a debt in one lump sum, agencies may accept payment in regular installments. Agencies should obtain financial statements from debtors who represent that they are unable to pay in one lump sum and independently verify such representations whenever possible . . . The size and frequency of installment payments should bear a reasonable relation to

Page 2 – Ms. Annette Grudin

the size of the debt and the debtor's ability to pay. If possible, the installment payments should be sufficient in size and frequency to liquidate the debt in three years or less.

You state that your billing statement reflected a past-due amount. This amount appeared because you did not make timely and consistent payments in accordance with your repayment agreement.

Because you did not provide us with the required supporting documentation, we were unable to schedule you to continue to make monthly payments in the amount you requested.

You are currently scheduled to make payments in the amount of $252.00 due by the 25th of each month. If you cannot afford these payments, you must provide documentation of your household income and expenses. Satisfactory documentation may include copies of:

- pay stubs

- a mortgage or rent agreement

- property tax, utility, insurance, and car payment bills

- monthly medical expense payments

- child care expenses

You should also include a copy of your most recent federal income tax return or public assistance award notice. You must provide documentation of all information you would like the Department to consider in determining your financial situation.

Please send the documentation within 15 days to:

U.S. Department of Education
Default Resolution Group
P.O. Box 5609
Greenville, TX  75403-5609

ATTN. Collectors

We will review the documents you provide and determine your monthly payment amount. When determining a payment amount, discretionary spending that is not considered reasonable and necessary is not taken into consideration.

While your updated financial statement is being reviewed, you should continue to send payments in an amount that you can afford.

Page 3 – Ms. Annette Grudin

Payments should be sent to:

    U.S. Department of Education
    National Payment Center
    P.O. Box 105028
    Atlanta, GA  30348-5028

Please include your name and account number on the front of all payment instruments.

You should note that merely making payments does not mean that you are on an approved repayment plan. If you are not making payments in accordance with an approved repayment plan, you may be subject to enforced collection actions including wage garnishment and lawsuit.

For further information regarding this account, you should contact the Department's Default Resolution Group at 1-800-621-3115.

For more information, visit our Web site at www.myeddebt.com.

We hope this information will be helpful to you.

                            Sincerely,

                            Default Resolution Group
                            Servicing Center

*[handwritten:]* 800-621-3115





```
281230387   000081    *************************SNGLP
ANNETTE NMN GRUDIN
2727 ELEANOR WAY
WELLINGTON FL 33414-3419
```

January 21, 2013

ACCOUNT #: 1003669115

## REPAYMENT AGREEMENT UNDER THE LOAN REHABILITATION PROGRAM

This letter confirms my acceptance into the Loan Rehabilitation Program and my agreement to repayment of my defaulted Federal Family Education Loan (FFEL) Program student loan(s) held by the U.S. Department of Education (Department). I understand that compliance with this agreement is a prerequisite to the sale of my loans to the authorized, Department-approved lender. Please check the appropriate paragraph:

- [X] I understand that I must make at least nine (9) monthly payments in the amount of $5.00, beginning 01/25/2013, with each payment due on the same day each month thereafter. I must make the full payments in the agreed amount within twenty (20) days of their monthly due dates over a ten month period. If I fail to make the required number of on time payments in a ten (10) month period, I will need to begin a new series of agreed payments in order to qualify for rehabilitation of my loan(s).

- [X] I am currently making monthly payments. I understand that these payments, if timely, will be included in the calculation of the required minimum number of monthly payments. I will continue to meet my established monthly payment due date.

I also understand and agree to the following terms and conditions:

1. I understand that this agreement is null and void if I do not honor the terms of this agreement by making a full payment within twenty days of the monthly due date every month for a minimum of nine consecutive months. Should this occur, I will need to begin a new series of agreed upon payments in order to qualify for rehabilitation of my loans.

2. I cannot change the monthly payment amount without the Department's agreement or the agreement of the collection agency servicing my account.

3. I may have to provide a new financial statement in order to support a request to change my monthly required payment amount.

RH10DV02

000081



www.myeddebt.com

4. I must continue to make monthly payments to the Department beyond the required minimum period until I am notified in writing by the Department or my new lender that the sale has been completed and that I am to begin making payments directly to my lender.



5. Any interest that I owe at the time my loan (s) is sold will be capitalized by the lender, that is, the lender will add any unpaid interest to the principal I owe on the loan(s) and this will become the new principal balance on the loan(s). Interest will then accrue on this new, higher principal. The Department agrees to waive collection of any cost the Department incurs as a result of the sale of my loan(s) under this rehabilitation agreement unless I default on the loan(s) in the future and the Department takes assignment of the loan(s). The Department will collect as part of the debt then owed, the collection cost originally waived under this agreement. This will substantially increase the amount that will then be owed to satisfy the debt to the Department.

6. After the sale of my loan(s), any payments made to the Department will be forwarded to my lender for credit to my account.

7. Any involuntary payment (Treasury offset) or post-dated check will be refunded to me at the address on my billing statement.

8. My new lender will establish a new due date and will calculate a new monthly payment amount based upon the balance owed at the time of sale. The amount of the required monthly installment payment may substantially increase.

I have read the above and agree to the terms and conditions of the Loan Rehabilitation Program and this Repayment Agreement.

*Annette Grudin*                                     1/21/2013
SIGNATURE - ANNETTE NMN GRUDIN                       DATE

Please return this Repayment Agreement to:

    US DEPARTMENT OF EDUCATION
    ATTN: REHABILITATION SALE
    PO BOX 5609
    GREENVILLE TX 75403-5609

000081



Do not send cash.
Make checks payable to:
**U.S. DEPARTMENT OF EDUCATION**
Write your account number on your check.

| Account Number | Principal Balance | Interest |
|---|---|---|
| 1003669115 | $14,130.72 | $11,038.67 |
| Penalty Charges | Fees & Costs | Total Balance |
| $0.00 | $6,126.22 | $31,295.61 |
| | AMOUNT PAID: | |

## RETURN THIS PORTION WITH YOUR PAYMENT
NOTE: NAME/ADDRESS/PHONE NO. CHANGES ON BACK

282818428  004649  **********AUTO**MIXED AADC 220
ANNETTE NMN GRUDIN
2727 ELEANOR WAY
WELLINGTON FL 33414-3419

SEND PAYMENT TO:

US DEPARTMENT OF EDUCATION
NATIONAL PAYMENT CENTER
PO BOX 105028
ATLANTA GA 30348-5028

4 410036691156 0000001234 00000999     4 410036691156 0002082013 00005005

KEEP THIS PORTION FOR YOUR RECORDS

February 8, 2013

### U.S. DEPARTMENT OF EDUCATION DEBT COLLECTION BILL

IMPORTANT ANNOUNCEMENT: The Emergency Unemployment Compensation Act of 1991 (P.L. 102-164), amended the Higher Education Act of 1965 to include Section 488(A) which now allows the U.S. Department of Education (Department) to require employers, who employ an individual who is not repaying their defaulted student loan, to begin deducting fifteen percent of the debtor's take-home pay in order to recover the entire balance due. Under this authority, no legal action is required to obtain administrative cooperation from the employer. This notice is intended as an advisory to encourage those, not currently paying, to make arrangements to voluntarily repay their student loans before more serious actions are taken against them. If you have received this notice, and are not currently meeting your established repayment schedule, send your check, along with this coupon, for the amount shown, to the address noted above or make repayment arrangements by calling the appropriate phone number provided in this notice. Thank you for your cooperation.

Please call the appropriate telephone number shown in the lower left-hand corner of this statement. Do not send communications, other than name and/or address changes, with your payment. All communications regarding your account must be sent to the address shown below.

*Call + Pay    www.MyATDBT.com    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*

| | | | Monthly Payment | Past Due Amount | Pay this Amount |
|---|---|---|---|---|---|
| | | | $5.00 | $10.00 | $15.00 |

| Debt | Principal Balance | Interest | Admin. Costs | Penalty Charges | Fees | Debt Total |
|---|---|---|---|---|---|---|
| 10345857 | $6,757.45 | $5,913.92 | $0.00 | $0.00 | $3,084.21 | $15,755.58 |
| 10345895 | $1,709.29 | $827.50 | $0.00 | $0.00 | $617.45 | $3,154.24 |
| 10345869 | $2,831.99 | $2,148.62 | $0.00 | $0.00 | $1,212.28 | $6,192.89 |
| 10345881 | $2,831.99 | $2,148.63 | $0.00 | $0.00 | $1,212.28 | $6,192.90 |

| Address all written replies to: | Toll-Free Number | | Total Balance | $31,295.61 |
|---|---|---|---|---|
| US DEPARTMENT OF EDUCATION PO BOX 5609 GREENVILLE TX 75403-5609 | LOCAL IN STATE OUT OF ST. | 1-800-621-3115 1-800-621-3115 1-800-621-3115 | PAYMENT DUE DATE: CLOSING DATE: LAST PAYMENT DATE: LAST PAYMENT AMOUNT: | FEB 25 2013 FEB 01 2013 JAN 24 2013 $5.00 |

BL01DV02

004649

Do not send cash.
Make checks payable to:
**U.S. DEPARTMENT OF EDUCATION**
Write your account number on your check.

| Account Number | Principal Balance | Interest |
|---|---|---|
| 1003669115 | $14,130.72 | $10,943.49 |
| Penalty Charges | Fees & Costs | Total Balance |
| - $0.00 | $6,103.06 | $31,177.27 |
| | AMOUNT PAID: | |

# RETURN THIS PORTION WITH YOUR PAYMENT
NOTE: NAME/ADDRESS/PHONE NO. CHANGES ON BACK

278752435   006371   ************AUTO**3-DIGIT 334
ANNETTE NMN GRUDIN
2727 ELEANOR WAY
WELLINGTON FL 33414-3419

SEND PAYMENT TO:

US DEPARTMENT OF EDUCATION
NATIONAL PAYMENT CENTER
PO BOX 105028
ATLANTA GA 30348-5028

4  41003669115  0000001234  00000999        4  41003669115  0001032013  00005005

KEEP THIS PORTION FOR YOUR RECORDS

January 3, 2013

## U.S. DEPARTMENT OF EDUCATION DEBT COLLECTION BILL

**IMPORTANT ANNOUNCEMENT:** The Emergency Unemployment Compensation Act of 1991 (P.L. 102-164), amended the Higher Education Act of 1965 to include Section 488(A) which now allows the U.S. Department of Education (Department) to require employers, who employ an individual who is not repaying their defaulted student loan, to begin deducting fifteen percent of the debtor's take-home pay in order to recover the entire balance due. Under this authority, no legal action is required to obtain administrative cooperation from the employer. This notice is intended as an advisory to encourage those, not currently paying, to make arrangements to voluntarily repay their student loans before more serious actions are taken against them. If you have received this notice, and are not currently meeting your established repayment schedule, send your check, along with this coupon, for the amount shown, to the address noted above or make repayment arrangements by calling the appropriate phone number provided in this notice. Thank you for your cooperation.

Please call the appropriate telephone number shown in the lower left-hand corner of this statement. Do not send communications other than name and/or address changes, with your payment. All communications regarding your account must be sent to the address shown below.

| | Monthly Payment | Past Due Amount | Pay this Amount |
|---|---|---|---|
| | $5.00 | $15.00 | $20.00 |

| Debt | Principal Balance | Interest | Admin. Costs | Penalty Charges | Fees | Debt Total |
|---|---|---|---|---|---|---|
| 10345857 | $6,757.45 | $5,864.70 | $0.00 | $0.00 | $3,072.23 | $15,694.38 |
| 10345895 | $1,709.29 | $822.98 | $0.00 | $0.00 | $616.35 | $3,148.62 |
| 10345869 | $2,831.99 | $2,127.90 | $0.00 | $0.00 | $1,207.24 | $6,167.13 |
| 10345881 | $2,831.99 | $2,127.91 | $0.00 | $0.00 | $1,207.24 | $6,167.14 |

| Address all written replies to: | Toll-Free Number | | Total Balance | $31,177.27 |
|---|---|---|---|---|
| US DEPARTMENT OF EDUCATION<br>PO BOX 5609<br>GREENVILLE TX 75403-5609 | LOCAL<br>IN STATE<br>OUT OF ST. | 1-800-621-3115<br>1-800-621-3115<br>1-800-621-3115 | PAYMENT DUE DATE:<br>CLOSING DATE:<br>LAST PAYMENT DATE:<br>LAST PAYMENT AMOUNT: | JAN 25 2013<br>JAN 02 2013<br>SEP 12 2012<br>$5.00 |

BL01DV02

006371



Do not send cash.
Make checks payable to:
**U.S. DEPARTMENT OF EDUCATION**
Write your account number on your check.

| Account Number | Principal Balance | Interest |
|---|---|---|
| 1003669115 | $14,130.72 | $10,857.43 |
| Penalty Charges | Fees & Costs | Total Balance |
| $0.00 | $6,082.11 | $31,070.26 |
| | AMOUNT PAID: | |

# RETURN THIS PORTION WITH YOUR PAYMENT
NOTE:  NAME/ADDRESS/PHONE NO. CHANGES ON BACK

275986968   005893   *************AUTO**3-DIGIT 334
ANNETTE NMN GRUDIN
2727 ELEANOR WAY
WEST PALM BEACH FL 33414-3419

25,111 49

SEND PAYMENT TO:

US DEPARTMENT OF EDUCATION
NATIONAL PAYMENT CENTER
PO BOX 105028
ATLANTA GA 30348-5028

4  41003669115  0000001234  00000999          4  41003669115  0012042012  00005005

KEEP THIS PORTION FOR YOUR RECORDS

December 4, 2012

## U.S. DEPARTMENT OF EDUCATION DEBT COLLECTION BILL

IMPORTANT ANNOUNCEMENT: The Emergency Unemployment Compensation Act of 1991 (P.L. 102-164), amended the Higher Education Act of 1965 to include Section 488(A) which now allows the U.S. Department of Education (Department) to require employers, who employ an individual who is not repaying their defaulted student loan, to begin deducting fifteen percent of the debtor's take-home pay in order to recover the entire balance due. Under this authority, no legal action is required to obtain administrative cooperation from the employer. This notice is intended as an advisory to encourage those, not currently paying, to make arrangements to voluntarily repay their student loans before more serious actions are taken against them. If you have received this notice, and are not currently meeting your established repayment schedule, send your check, along with this coupon, for the amount shown, to the address noted above or make repayment arrangements by calling the appropriate phone number provided in this notice. Thank you for your cooperation.

Please call the appropriate telephone number shown in the lower left-hand corner of this statement. Do not send communications, other than name and/or address changes, with your payment. All communications regarding your account must be sent to the address shown below.

| | | | | Monthly Payment | Past Due Amount | Pay this Amount |
|---|---|---|---|---|---|---|
| | | | | $5.00 | $10.00 | $15.00 |
| Debt | Principal Balance | Interest | Admin. Costs | Penalty Charges | Fees | Debt Total |
| 10345857 | $6,757.45 | $5,820.30 | $0.00 | $0.00 | $3,061.42 | $15,639.17 |
| 10345895 | $1,709.29 | $818.54 | $0.00 | $0.00 | $615.27 | $3,143.10 |
| 10345869 | $2,831.99 | $2,109.29 | $0.00 | $0.00 | $1,202.71 | $6,143.99 |
| 10345881 | $2,831.99 | $2,109.30 | $0.00 | $0.00 | $1,202.71 | $6,144.00 |

| Address all written replies to: | Toll-Free Number | | | Total Balance | $31,070.26 |
|---|---|---|---|---|---|
| US DEPARTMENT OF EDUCATION<br>PO BOX 5609<br>GREENVILLE TX 75403-5609 | LOCAL<br>IN STATE<br>OUT OF ST. | 1-800-621-3115<br>1-800-621-3115<br>1-800-621-3115 | | PAYMENT DUE DATE:<br>CLOSING DATE:<br>LAST PAYMENT DATE:<br>LAST PAYMENT AMOUNT: | DEC 25 2012<br>DEC 01 2012<br>SEP 12 2012<br>$5.00 |

BL01DV02

005893



Do not send cash.
Make checks payable to:
**U.S. DEPARTMENT OF EDUCATION**
Write your account number on your check.

| Account Number | Principal Balance | Interest |
|---|---|---|
| 1003669115 | $14,130.72 | $10,765.64 |
| Penalty Charges | Fees & Costs | Total Balance |
| $0.00 | $6,059.78 | $30,956.14 |
| | AMOUNT PAID: | |

**RETURN THIS PORTION WITH YOUR PAYMENT**
NOTE: NAME/ADDRESS/PHONE NO. CHANGES ON BACK

273305636   022730   **********AUTO**MIXED AADC 220
ANNETTE NMN GRUDIN
2727 ELEANOR WAY
WEST PALM BEACH FL 33414-3419

SEND PAYMENT TO:

US DEPARTMENT OF EDUCATION
NATIONAL PAYMENT CENTER
PO BOX 105028
ATLANTA GA 30348-5028

4  410036691156 0000001234 00000999      4  410036691156 0011022012 00005005

KEEP THIS PORTION FOR YOUR RECORDS

November 2, 2012

## U.S. DEPARTMENT OF EDUCATION DEBT COLLECTION BILL

IMPORTANT ANNOUNCEMENT: The Emergency Unemployment Compensation Act of 1991 (P.L. 102-164), amended the Higher Education Act of 1965 to include Section 488(A) which now allows the U.S. Department of Education (Department) to require employers, who employ an individual who is not repaying their defaulted student loan, to begin deducting fifteen percent of the debtor's take-home pay in order to recover the entire balance due. Under this authority, no legal action is required to obtain administrative cooperation from the employer. This notice is intended as an advisory to encourage those, not currently paying, to make arrangements to voluntarily repay their student loans before more serious actions are taken against them. If you have received this notice, and are not currently meeting your established repayment schedule, send your check, along with this coupon, for the amount shown, to the address noted above or make repayment arrangements by calling the appropriate phone number provided in this notice. Thank you for your cooperation.

Please call the appropriate telephone number shown in the lower left-hand corner of this statement. Do not send communications, other than name and/or address changes, with your payment. All communications regarding your account must be sent to the address shown below.

| | | | | Monthly Payment | Past Due Amount | Pay this Amount |
|---|---|---|---|---|---|---|
| | | | | $5.00 | $5.00 | $10.00 |
| Debt | Principal Balance | Interest | Admin. Costs | Penalty Charges | Fees | Debt Total |
| 10345857 | $6,757.45 | $5,772.94 | $0.00 | $0.00 | $3,049.90 | $15,580.29 |
| 10345895 | $1,709.29 | $813.81 | $0.00 | $0.00 | $614.12 | $3,137.22 |
| 10345869 | $2,831.99 | $2,089.44 | $0.00 | $0.00 | $1,197.88 | $6,119.31 |
| 10345881 | $2,831.99 | $2,089.45 | $0.00 | $0.00 | $1,197.88 | $6,119.32 |

| Address all written replies to: | Toll-Free Number | | | Total Balance | $30,956.14 |
|---|---|---|---|---|---|
| US DEPARTMENT OF EDUCATION<br>PO BOX 5609<br>GREENVILLE TX 75403-5609 | LOCAL<br>IN STATE<br>OUT OF ST. | 1-800-621-3115<br>1-800-621-3115<br>1-800-621-3115 | | PAYMENT DUE DATE:<br>CLOSING DATE:<br>LAST PAYMENT DATE:<br>LAST PAYMENT AMOUNT: | NOV 25 2012<br>NOV 01 2012<br>SEP 12 2012<br>$5.00 |

BL01DV02

022730



Do not send cash.
Make checks payable to:
**U.S. DEPARTMENT OF EDUCATION**
Write your account number on your check.

| Account Number | Principal Balance | Interest |
|---|---|---|
| 1003669115 | $14,130.72 | $10,693.92 |
| Penalty Charges | Fees & Costs | Total Balance |
| $0.00 | $6,042.31 | $30,866.95 |
| | AMOUNT PAID: | |

## RETURN THIS PORTION WITH YOUR PAYMENT
NOTE: NAME/ADDRESS/PHONE NO. CHANGES ON BACK

271025514   005294   ************AUTO**3-DIGIT 334
ANNETTE NMN GRUDIN
2727 ELEANOR WAY
WEST PALM BEACH FL 33414-3419

SEND PAYMENT TO:

US DEPARTMENT OF EDUCATION
NATIONAL PAYMENT CENTER
PO BOX 105028
ATLANTA GA 30348-5028

4  41003669115  0000001234  00000999       4  41003669115  0010082012  00005005

KEEP THIS PORTION FOR YOUR RECORDS

October 8, 2012

### U.S. DEPARTMENT OF EDUCATION DEBT COLLECTION BILL

**IMPORTANT ANNOUNCEMENT:** The Emergency Unemployment Compensation Act of 1991 (P.L. 102-164), amended the Higher Education Act of 1965 to include Section 488(A) which now allows the U.S. Department of Education (Department) to require employers, who employ an individual who is not repaying their defaulted student loan, to begin deducting fifteen percent of the debtor's take-home pay in order to recover the entire balance due. Under this authority, no legal action is required to obtain administrative cooperation from the employer. This notice is intended as an advisory to encourage those, not currently paying, to make arrangements to voluntarily repay their student loans before more serious actions are taken against them. If you have received this notice, and are not currently meeting your established repayment schedule, send your check, along with this coupon, for the amount shown, to the address noted above or make repayment arrangements by calling the appropriate phone number provided in this notice. Thank you for your cooperation.

Please call the appropriate telephone number shown in the lower left-hand corner of this statement. Do not send communications, other than name and/or address changes, with your payment. All communications regarding your account must be sent to the address shown below.

| | | | | Monthly Payment | Past Due Amount | Pay this Amount |
|---|---|---|---|---|---|---|
| | | | | $5.00 | $0.00 | $5.00 |
| Debt | Principal Balance | Interest | Admin. Costs | Penalty Charges | Fees | Debt Total |
| 10345857 | $6,757.45 | $5,735.94 | $0.00 | $0.00 | $3,040.89 | $15,534.28 |
| 10345895 | $1,709.29 | $810.11 | $0.00 | $0.00 | $613.22 | $3,132.62 |
| 10345869 | $2,831.99 | $2,073.93 | $0.00 | $0.00 | $1,194.10 | $6,100.02 |
| 10345881 | $2,831.99 | $2,073.94 | $0.00 | $0.00 | $1,194.10 | $6,100.03 |

| Address all written replies to: | Toll-Free Number | | Total Balance | $30,866.95 |
|---|---|---|---|---|
| US DEPARTMENT OF EDUCATION<br>PO BOX 5609<br>GREENVILLE TX 75403-5609 | LOCAL<br>IN STATE<br>OUT OF ST. | 1-800-621-3115<br>1-800-621-3115<br>1-800-621-3115 | PAYMENT DUE DATE:<br>CLOSING DATE:<br>LAST PAYMENT DATE:<br>LAST PAYMENT AMOUNT: | OCT 25 2012<br>OCT 03 2012<br>SEP 12 2012<br>$5.00 |

BL01DV02

005294

# MERRICK ACCOUNT SUMMARY

An amount with a minus sign (-) is a credit unless otherwise indicated.

Account Number: 4120 6140 4407 0436
Billing Cycle Closing Date: 10/02/12

## Summary of Account Activity

| | |
|---|---:|
| Previous Balance | $1,492.08 |
| Payments | - $100.00 |
| Other Credits | - $0.00 |
| Purchases | + $159.33 |
| Cash Advances | + $0.00 |
| Fees Charged | + $6.00 |
| Interest Charged | + $28.32 |
| New Balance | $1,585.73 |
| Past Due Amount | $0.00 |
| Credit Limit | $1,950.00 |
| Available Credit | $364.00 |
| Days in Billing Cycle | 30 |

## Payment Information

| | |
|---|---:|
| New Balance | $1,585.73 |
| Minimum Payment Due | $51.00 |
| Payment Due Date | 10/27/12 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 7 years | $2,997 |
| $61 | 3 years | $2,193 (Savings= $804) |

If you would like information about credit counseling services, call 1-877-316-6322.

## Transactions, Payments and Credits

| Trans Date | Post Date | | Item Description | Amount |
|---|---|---|---|---:|
| 09/12 | 09/12 | 2444500LHHEX4GPL2 | US DEPT OF EDU -DBE GRP 800-872-5327 DC | 5.00 |
| 09/13 | 09/13 | 2444500LJ0048PL5F | WHOLEFDS WLL 10195 WELLINGTON FL | 69.33 |
| 09/25 | 09/25 | 7412061LX00XTMJHG | PAYMENT - THANK YOU | 100.00 - |
| 09/26 | 09/26 | 2469216LY00B9GN0D | GROUPON INC 877-788-7858 IL | 85.00 |
| | | | **Fees** | |
| 10/02 | 10/02 | F554900M4000CYLAC | ANN FEE-MNTHLY 11/12 THROUGH 11/12 | 6.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | 6.00 |
| | | | **Interest Charged** | |
| 10/02 | 10/02 | | Interest Charge on Purchases | 28.32 |
| 10/02 | 10/02 | | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | 28.32 |

### 2012 Totals Year-to-Date

| | |
|---|---:|
| Total fees charged in 2012 | $85.00 |
| Total interest charged in 2012 | $243.31 |

March 4 2013

RE Annette Grudin

Civil Action #  13-CV-20193 Williams/Turnoff

ATTN:  Clerk of the Court  Clerks office intake

    Steven M. Larimore

Please be advised that we are sending you copy's of all the correspondence we have sent to Mr. Steven M. Davis of Becker and Poliakoff  P.A. in reference to this case. We are requesting this case/ motion be dismissed, as it has no valid cause for action

I am confident that this Civil action that is being brought against me is unwarranted and should be dismissed.  We are requesting that this Action or motion be dismissed on the grounds that we have been actively working with the Department of Education for resolve of this issue. This is proven in all the Documents we have just sent to you for your review.

We ask that you allow us to continue this Course of action that we have started  and continue with the United States department of Education . The Enclosed documentation shows that we have been doing what the Department has asked of us, going back to last September.

We have applied for a hardship modification due to my Husbands Diagnosis with Advanced Cancer. He has stage four Melanoma.

Please review and respond as soon as possible

Annette Grudin



A. Grusin
2727 Eleanor Way
Wellington FL 33414

US District Court
Southern District of Florida
400 North Miami Ave
Miami FL. 33128

Attn: Clerks office Intake

Case # 13-CV-20193