FILED by [signature] D.C.
APR 04 2013
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. - MIAMI

United State District Court

Southern District of Florida

Case Number: 13-20193-CIV-Williams

Dated today: April 2 2013

United States of America,

Plantiff,

VS

Annette Grudin

Defendant

---------------------------------/

Reply to Answer, This Civil Action is not Warranted and should be Dismissed

I am forwarding to you Three Documents that we have had sent to us from the U.S Department of Education.

Document A : Shows that we had received and had paid on January 25th 2013 , a Bill for the Student loan of Annette Grudin in the amount of 5.00. This is the amount that The Department had agreed to receive from us monthly, as a Hardship Agreement .

They stated back in September that do to our Circumstances they would except this as a monthly payment, so that we could pay the loan back over a long period of time. They also stated over the phone that this would take the loan out of Default.

When we contacted the Department back on September of 2012 and explained to them our Hardship due to illness. They told us on the phone that we could have the payments of 5.00 taken from our Credit Card each month.

So we paid with a Visa card through Merrick Bank that Day, and then thought all was taken care of. At that point we thought all was set forth. When we receive other bills we thought all Was being Taken care of through the credit card.

We found our later, after many many hours on the phone with the Department of Education that this was not the case. This was the new communication to us, when we finally were able to get a person on the phone. They stated the Department of Education never takes monthly payments as a direct debit out of your account on a monthly basis. So we were given the wrong information from the people at the Department back from September when this whole process began.

Then they claimed that do to the fact that we missed making our 5.00$ Hardship agreement payments, our Loan was now again in full Default.

Document B: This is a bill we received in February as another bill to pay which asked again for a 5.00 payment and also shows a past due Payment . When we called to figure this statement out we were never able to get a person on the phone. This was due to hold time and being disconnect numerous times

Our intent was to pay the full amount asked of 20.00. Our problem was, we could never get in touch with anyone to pay the Bill. The phones were either always busy. Stating it is tax season and hold time can be 20 minutes or longer. Then many many times we would get disconnected. So, by the time we did get through they stated they could not assist us because the loan went in default

for none payment. That was not our intent at all. We don't have allot of money but certainly can pay 5.00 that was agreed upon last September.

Looking back as the whole situation we should have just mailed the 20.00 payment in with out trying to fix the problem on the Phone.

Document C: This we received this bill in March. Now the bill is 504.00 stating that we missed the February bill of 252.00. That we never received or agreed too , so now we need to pay February and March for 504.00.

This billed amount of 252.00 we have never seen or talked to anyone about ever. I never had agreed to this amount with anyone, nor can we afford to pay it.

We contacted the Law firm handling this case. Explained to the Attorny very briefly the situation and even sent an email to the Firm Stating what we can afford to pay 50.00 per month as a payment plan. We never received a response.

So now we are being sued by the United States Department of Education. For a Student loan Debt that we thought was being taken care. We were told that a payment would made through Visa Credit Card every month which never happened.

This is a case of mass miscommunication between the Department of Education and us. The persons on the phones for the Department gave us incorrect information and we are being unjustly sued for their incompetence.

The ones that should have action taken against them, are the employees that man the phones for the Department not us. It's a true Travesty. Our System is broken and we are being judged because we did what they told us and were supposed to do.

We would like to courts to reconsider this action against Annette , as this was not fault of hers at all. We do not believe this Civil Action is warranted and should be dismissed for all the reasons above. We had all the intent to pay the amount agreed upon and still do.

**Annette Grudin**

[signature] 4/2/2013

THANK you For your Consideration to have this Case Withdrawn. It Really is not our Fault That this Happened.

Somehow we Slipped Through The Cracks

Thank you

We Are Willing and WanT TO Pay The DebT!!!



Do not send cash.
Make checks payable to:
**U.S. DEPARTMENT OF EDUCATION**
Write your account number on your check.

| Account Number | Principal Balance | Interest |
|---|---|---|
| 1003669115 | $14,130.72 | $10,943.49 |
| Penalty Charges | Fees & Costs | Total Balance |
| $0.00 | $6,103.06 | $31,177.27 |
| | **AMOUNT PAID:** | |

**RETURN THIS PORTION WITH YOUR PAYMENT**

NOTE: NAME/ADDRESS/PHONE NO. CHANGES ON BACK

SEND PAYMENT TO:

278752435 006371 *************AUTO**3-DIGIT 334
ANNETTE NMN GRUDIN
2727 ELEANOR WAY
WELLINGTON FL 33414-3419

US DEPARTMENT OF EDUCATION
NATIONAL PAYMENT CENTER
PO BOX 105028
ATLANTA GA 30348-5028

4 41003669115б 0000001234 00000999 4 41003669115б 0001032013 00005005

KEEP THIS PORTION FOR YOUR RECORDS

Document (A)

January 3, 2013

**U.S. DEPARTMENT OF EDUCATION DEBT COLLECTION BILL**

IMPORTANT ANNOUNCEMENT: The Emergency Unemployment Compensation Act of 1991 (P.L. 102-164), amended the Higher Education Act of 1965 to include Section 488(A) which now allows the U.S. Department of Education (Department) to require employers, who employ an individual who is not repaying their defaulted student loan, to begin deducting fifteen percent of the debtor's take-home pay in order to recover the entire balance due. Under this authority, no legal action is required to obtain administrative cooperation from the employer. This notice is intended as an advisory to encourage those, not currently paying, to make arrangements to voluntarily repay their student loans before more serious actions are taken against them. If you have received this notice, and are not currently meeting your established repayment schedule, send your check, along with this coupon, for the amount shown, to the address noted above or make repayment arrangements by calling the appropriate phone number provided in this notice. Thank you for your cooperation.

Please call the appropriate telephone number shown in the lower left-hand corner of this statement. Do not send communications other than name and/or address changes, with your payment. All communications regarding your account must be sent to the address shown below.

Paid Today 1/25/13 5.00 2590A50

| Monthly Payment | Past Due Amount | Pay this Amount |
|---|---|---|
| $5.00 | $15.00 | $20.00 |

| Debt | Principal Balance | Interest | Admin. Costs | Penalty Charges | Fees | Debt Total |
|---|---|---|---|---|---|---|
| 10345857 | $6,757.45 | $5,864.70 | $0.00 | $0.00 | $3,072.23 | $15,694.38 |
| 10345895 | $1,709.29 | $822.98 | $0.00 | $0.00 | $616.35 | $3,148.62 |
| 10345869 | $2,831.99 | $2,127.90 | $0.00 | $0.00 | $1,207.24 | $6,167.13 |
| 10345881 | $2,831.99 | $2,127.91 | $0.00 | $0.00 | $1,207.24 | $6,167.14 |

| Address all written replies to: | Toll-Free Number | | Total Balance | $31,177.27 |
|---|---|---|---|---|
| US DEPARTMENT OF EDUCATION | LOCAL | 1-800-621-3115 | PAYMENT DUE DATE: | JAN 25 2013 |
| PO BOX 5609 | IN STATE | 1-800-621-3115 | CLOSING DATE: | JAN 02 2013 |
| GREENVILLE TX 75403-5609 | OUT OF ST. | 1-800-621-3115 | LAST PAYMENT DATE: | SEP 12 2012 |
| | | | LAST PAYMENT AMOUNT: | $5.00 |

BL01DV02

202-532-4343

006371



Do not send cash.
Make checks payable to:
**U.S. DEPARTMENT OF EDUCATION**
Write your account number on your check.

| Account Number | Principal Balance | Interest |
|---|---|---|
| 1003669115 | $14,130.72 | $11,038.67 |
| **Penalty Charges** | **Fees & Costs** | **Total Balance** |
| $0.00 | $6,126.22 | $31,295.61 |
| | **AMOUNT PAID:** | |

**RETURN THIS PORTION WITH YOUR PAYMENT**
NOTE: NAME/ADDRESS/PHONE NO. CHANGES ON BACK

282818428 004649 **********AUTO**MIXED AADC 220
ANNETTE NMN GRUDIN
2727 ELEANOR WAY
WELLINGTON FL 33414-3419

SEND PAYMENT TO:

US DEPARTMENT OF EDUCATION
NATIONAL PAYMENT CENTER
PO BOX 105028
ATLANTA GA 30348-5028

4 410036691156 0000001234 00000999 4 410036691156 0002082013 00005005

KEEP THIS PORTION FOR YOUR RECORDS

Document (B)

February 8, 2013

**U.S. DEPARTMENT OF EDUCATION DEBT COLLECTION BILL**

IMPORTANT ANNOUNCEMENT: The Emergency Unemployment Compensation Act of 1991 (P.L. 102-164), amended the Higher Education Act of 1965 to include Section 488(A) which now allows the U.S. Department of Education (Department) to require employers, who employ an individual who is not repaying their defaulted student loan, to begin deducting fifteen percent of the debtor's take-home pay in order to recover the entire balance due. Under this authority, no legal action is required to obtain administrative cooperation from the employer. This notice is intended as an advisory to encourage those, not currently paying, to make arrangements to voluntarily repay their student loans before more serious actions are taken against them. If you have received this notice, and are not currently meeting your established repayment schedule, send your check, along with this coupon, for the amount shown, to the address noted above or make repayment arrangements by calling the appropriate phone number provided in this notice. Thank you for your cooperation.

Please call the appropriate telephone number shown in the lower left-hand corner of this statement. Do not send communications, other than name and/or address changes, with your payment. All communications regarding your account must be sent to the address shown below.

Call + Pay www.MyAtDebt.com 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

| Monthly Payment | Past Due Amount | Pay this Amount |
|---|---|---|
| $5.00 | $10.00 | $15.00 |

| Debt | Principal Balance | Interest | Admin. Costs | Penalty Charges | Fees | Debt Total |
|---|---|---|---|---|---|---|
| 10345857 | $6,757.45 | $5,913.92 | $0.00 | $0.00 | $3,084.21 | $15,755.58 |
| 10345895 | $1,709.29 | $827.50 | $0.00 | $0.00 | $617.45 | $3,154.24 |
| 10345869 | $2,831.99 | $2,148.62 | $0.00 | $0.00 | $1,212.28 | $6,192.89 |
| 10345881 | $2,831.99 | $2,148.63 | $0.00 | $0.00 | $1,212.28 | $6,192.90 |

| Address all written replies to: | Toll-Free Number | | Total Balance | $31,295.61 |
|---|---|---|---|---|
| US DEPARTMENT OF EDUCATION<br>PO BOX 5609<br>GREENVILLE TX 75403-5609 | LOCAL 1-800-621-3115<br>IN STATE 1-800-621-3115<br>OUT OF ST. 1-800-621-3115 | | PAYMENT DUE DATE:<br>CLOSING DATE:<br>LAST PAYMENT DATE:<br>LAST PAYMENT AMOUNT: | FEB 25 2013<br>FEB 01 2013<br>JAN 24 2013<br>$5.00 |



Do not send cash.
Make checks payable to:
**U.S. DEPARTMENT OF EDUCATION**
Write your account number on your check.

| Account Number | Principal Balance | Interest |
|---|---|---|
| 1003669115 | $14,130.72 | $11,116.12 |
| Penalty Charges | Fees & Costs | Total Balance |
| $0.00 | $6,145.09 | $31,391.93 |
| | AMOUNT PAID: | |

**RETURN THIS PORTION WITH YOUR PAYMENT**
NOTE: NAME/ADDRESS/PHONE NO. CHANGES ON BACK

SEND PAYMENT TO:

284976257 005195 *************AUTO**3-DIGIT 334
ANNETTE NMN GRUDIN
2727 ELEANOR WAY
WELLINGTON FL 33414-3419

US DEPARTMENT OF EDUCATION
NATIONAL PAYMENT CENTER
PO BOX 105028
ATLANTA GA 30348-5028

4 410036691156 0000001234 00000999 4 410036691156 0003072013 00252009

KEEP THIS PORTION FOR YOUR RECORDS

Document C

March 7, 2013

**U.S. DEPARTMENT OF EDUCATION DEBT COLLECTION BILL**

IMPORTANT ANNOUNCEMENT: The Emergency Unemployment Compensation Act of 1991 (P.L. 102-164), amended the Higher Education Act of 1965 to include Section 488(A) which now allows the U.S. Department of Education (Department) to require employers, who employ an individual who is not repaying their defaulted student loan, to begin deducting fifteen percent of the debtor's take-home pay in order to recover the entire balance due. Under this authority, no legal action is required to obtain administrative cooperation from the employer. This notice is intended as an advisory to encourage those, not currently paying, to make arrangements to voluntarily repay their student loans before more serious actions are taken against them. If you have received this notice, and are not currently meeting your established repayment schedule, send your check, along with this coupon, for the amount shown, to the address noted above or make repayment arrangements by calling the appropriate phone number provided in this notice. Thank you for your cooperation.

Please call the appropriate telephone number shown in the lower left-hand corner of this statement. Do not send communications, other than name and/or address changes, with your payment. All communications regarding your account must be sent to the address shown below.

| Monthly Payment | Past Due Amount | Pay this Amount |
|---|---|---|
| $252.00 | $252.00 | $504.00 |

| Debt | Principal Balance | Interest | Admin. Costs | Penalty Charges | Fees | Debt Total |
|---|---|---|---|---|---|---|
| 10345857 | $6,757.45 | $5,953.88 | $0.00 | $0.00 | $3,093.94 | $15,805.27 |
| 10345895 | $1,709.29 | $831.49 | $0.00 | $0.00 | $618.43 | $3,159.21 |
| 10345869 | $2,831.99 | $2,165.37 | $0.00 | $0.00 | $1,216.36 | $6,213.72 |
| 10345881 | $2,831.99 | $2,165.38 | $0.00 | $0.00 | $1,216.36 | $6,213.73 |

| Address all written replies to: | Toll-Free Number | | Total Balance | $31,391.93 |
|---|---|---|---|---|
| US DEPARTMENT OF EDUCATION<br>PO BOX 5609<br>GREENVILLE TX 75403-5609 | LOCAL 1-800-621-3115<br>IN STATE 1-800-621-3115<br>OUT OF ST. 1-800-621-3115 | | PAYMENT DUE DATE:<br>CLOSING DATE:<br>LAST PAYMENT DATE:<br>LAST PAYMENT AMOUNT: | MAR 25 2013<br>FEB 28 2013<br>JAN 24 2013<br>$5.00 |

BL01DV02

005195



INSURANCE
MANAGEMENT
CORPORATION
1515 Hancock Bridge Parkway
Cape Coral, Florida 33990
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL™
USMS
INSPECTED
RECEIVED
7012 1010 0001 1873 1092
US District Court
Southern District of FL
400 N Miami Ave
Miami FL 33128
ATTN Judge: KATHLEEN M. Williams
$6.31
US POSTAGE
FIRST-CLASS
071V00691562
33411
000037086